UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

OCT 1 0 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

NO. 5:17-CR-312-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | |
| HOUCINE BECHIR GHOUL ) | |
| ) | |

The United States charges that:

## COUNT ONE
(Attempted Unlawful Procurement of Citizenship)

On or about February 21, 2017, in the Eastern District North Carolina, the defendant, HOUCINE BECHIR GHOUL, knowingly attempted to procure, contrary to law, the naturalization and citizenship, and a certificate or evidence of naturalization and citizenship of any person, to wit: himself, in that the defendant submitted an Application for Citizenship (Form N400), in which the Defendant knowingly made the following false statements under oath:

1. "No" to Question #9, A, "Have you ever been a member of, involved in, or in any way associated with, any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world?", when, as the Defendant well knew, he was an active supporter of the terrorist group, the Islamic State in Iraq and Syria (ISIS);

2. "No" to Question #10, "Have you ever been a member of, or in any way associated (either directly or indirectly) with: (C) A terrorist organization?", when, as the Defendant well knew, he was an active supporter of the

Page **1** of **4**

terrorist group, the Islamic State in Iraq and Syria (ISIS);

3. "No" to Question #11, "have you ever advocated (either directly or indirectly) the overthrow of any government by force or violence?", when, as the Defendant well knew, he had established online identities through which he directly advocated for the overthrow of governments through violence and he had advocated for the same in person as well;

4. "No" to Question #22, "Have you ever committed, assisted in committing, or attempted to commit, a crime or offense for which you were not arrested?", when, as the Defendant well knew, he had unlawfully assisted in the sale of narcotics;

5. "No" to Question #30, E, "Have you ever: Married someone in order to obtain an immigration benefit?", when, as the Defendant well knew, he had entered into a sham marriage with "MT" for the sole purpose of obtaining an immigration benefit;

6. "No" to Question #30, I, "Have you ever: Made any misrepresentation to obtain any public benefit in the United States?", when, as the Defendant well knew, he had assisted in providing misrepresentation to the State of North Carolina in order to obtain childcare benefits;

All in violation of Title 18, United States Code, Section 1425(a).

Case 5:17-cr-00312-D    Document 24    Filed 10/10/17    Page 2 of 4

## COUNT TWO
(Filing False Tax Return)

On or about February 2, 2016 in the Eastern District North Carolina, the defendant, HOUCINE BECHIR GHOUL, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2015, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said U.S. Individual Income Tax Return GHOUL did not believe to be true and correct as to every material matter, in that the said U.S. Individual Income Tax Return Form 1040 reported "Adjusted Gross Income" (AGI) on line 31 of $13,195, whereas, he then and there well knew and believed he had additional AGI of at least $29,194 that was not reported on said return.

All in violation of 26 U.S.C. § 7206(1).

Page **3** of **4**

Case 5:17-cr-00312-D   Document 24   Filed 10/10/17   Page 3 of 4

## COUNT THREE
### (Filing False Tax Return)

On or about February 8, 2017 in the Eastern District North Carolina, the defendant, HOUCINE BECHIR GHOUL, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2016, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said U.S. Individual Income Tax Return GHOUL did not believe to be true and correct as to every material matter, in that the said U.S. Individual Income Tax Return Form 1040 reported "Adjusted Gross Income" (AGI) on line 31 of $11,570, whereas, he then and there well knew and believed he had additional AGI of at least $62,869 that was not reported on said return.

All in violation of 26 U.S.C. § 7206(1).

ROBERT J. HIGDON, JR.
United States Attorney

BY: JASON M. KELLHOFER
Assistant United States Attorney

Page **4** of **4**